

Admitted in NY & NJ

**Law Offices Of**
**MEIR MOZA, ESQ.**
217 Willis Avenue
Suite 101
Mineola, N.Y. 11501

Tel. 516-741-0003
Tel. 718-470-1206
Fax. 516-741-0033

September 27, 2007

Hon. Loretta A. Preska
U S District Court Judge

   RE:   PAUL GOLTCHE
           DCKT#     07 CR. 788 (LAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/07

Dear Hon. Judge Preska:

    Please accept this correspondence as official request to permit our client to travel to the Auto Auction in Bordentown, NJ and Manheim Auto Auction in PA, on Thursday and Friday of every other week, as our client is in dire need of sustenance and continued support of his family, and his sustenance depends on said travel through his work.

    Please also be advised that our office corresponded with AUSA Jonathan New, who handles this case and such request is made without his objection. Our office also corresponded with pre-trial services who did not object to said request.

    Thank you for your honor's courtesy and consideration in this matter.

*the travel is approved.*

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

September 28, 2007

Very Truly Yours,

*/s/*

MEIR MOZA, ESQ.

Cc: Jonathan New, AUSA