# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

UNITED STATES OF AMERICA

    -against-                           Case Number: 1:07-CR-00788

    IBRAHIEM ELSHAFRY            Defendant

To the Clerk of this court and all parties of record:

Enter my appearance by ECF as counsel in this case for:

MR. IBRAHIEM ELSHAFRY

I hereby certify that

1) I am admitted to practice in this district, having been admitted on 9/18/95,

2) That I am a member of the New York and SDNY bars in good standing

S. MICHAEL MUSA-OBREGON, ESQ.
Bar Number: SMMO 1220

MUSA-OBREGON & ASSOCIATES
55-21 59th Street
Maspeth, NY 11378
Email address: musaobregonlaw@gmail.com
Tel. (718) 803-1000
Fax (718) 507-8486
Cell number (917) 224-5497