UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

      - v. -        :        ORDER

BIJAN GOLTCHE,        :        07 Cr. 788 (LAP)

      Defendant.        :

- - - - - - - - - - - - - - - - - - - - x

      WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on June 17, 2008;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
        July 17, 2008

                            _____
                            HON. ~~RICHARD J. HOLWELL~~
                            UNITED STATES DISTRICT JUDGE