USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                          :

UNITED STATES OF AMERICA,        :    07 CR 788 (LAP)

                  Plaintiff,       :    ORDER

        v.                      :

DIJAN GOLTCHE,                :

                  Defendant.   :
-------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

The plea of Dijan Goltche taken on June 17, 2008 before Honorable Andrew J.

Peck is accepted.

SO ORDERED:

Dated: July 18, 2008

LORETTA A. PRESKA, U.S.D.J.

Pleaorder2